McLAIN *et al. v.* STATE.*

(Division A.   Nov. 29, 1926.)

[110 So. 441.   No. 26034.]

CRIMINAL LAW. *Jurisdiction did not attach where justice of the peace · failed to attach certificate of record.*

Trial court *held* without jurisdiction of case to which justice of the peace whom it was originally tried failed to attach certificate of record.

*Corpus Juris-Cyc. References: Criminal Law, 16CJ, p. 374, n. 15.

APPEAL from circuit court of Greene county.
HON. R. M. BORDEAUX, Judge.

L. A. McLain and another appeal.   Reversed and remanded.

SMITH C. J., delivered the opinion of the court.

The justice of the peace before whom this case was originally tried failed to attach his certificate to the record thereof filed in the court below; consequently, that court, as the attorney-general admits, was without jurisdiction to proceed with the trial thereof.

*Reversed and remanded.*